SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK<br><br>  Plaintiff,<br>V.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC; and DOES 1-25, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO.   C 10-01919 JCS<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a First Amended Complaint

**STIPULATION**

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff MICHAEL PAULICK and defendant INTRAWEST NAPA DEVELOPMENT COMPANY, LLC , by and through their counsel, consent and stipulate to the filing by Plaintiff of a First Amended Complaint to add INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC as a party defendant in this action.

The parties further stipulate that INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC is the operator of the Verasa Hotel which is the subject of this action and is a proper party in the action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Dated: July 15, 2010

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Michael Paulick

LIEBERBACH, MOHUN, CARNEY & REED

July 14, 2010

/s/ Gerald F. Mohun

Gerald F. Mohun
Attorney for Defendant Intrawest
Napa Development Company, LLC

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Date: 7/19/10

Joseph C. Spero
United States Magistrate Judge

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a First Amended Complaint

-1-