SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>　　　Plaintiff,<br>V.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC; INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC; and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO.　C 10-01919 JCS<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Federal Rule Of Civil Procedure 15(a)(2) |

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a Second Amended Complaint

## STIPULATION

Pursuant to Federal Rule Of Civil Procedure 15(a)(2), Plaintiff MICHAEL PAULICK and defendants INTRAWEST NAPA DEVELOPMENT COMPANY, LLC and INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC, by and through their counsel, consent and stipulate to the filing by Plaintiff of a Second Amended Complaint to add VY VERASA COMMERCIAL COMPANY, LLC as a party defendant in this action.

The parties further stipulate on information and belief that VY VERASA COMMERCIAL COMPANY, LLC recently purchased the Napa Westin Verasa Hotel which is the subject of this action, is the present owner and operator of the Hotel, and is a proper party defendant in the action.

The parties further stipulate that this Stipulation may be signed in counter parts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Dated: 9/3/10

SIDNEY J. COHEN PROFESSIONAL CORPORATION
/s/ Sidney j. Cohen

Sidney J. Cohen
Attorney for Plaintiff Michael Paulick

Dated: 9/3/10

LIEBERBACH, MOHUN, CARNEY & REED
/s/ Gerald F. Mohun

Gerald F. Mohun
Attorney for Defendant Intrawest
Napa Development Company, LLC

## ORDER

Pursuant to the foregoing Stipulation **IT IS SO ORDERED.**

Date: 09/07/10

Joseph C. Spero
United States Magistrate Judge

Stipulation and [Proposed ]Order to Permit
Plaintiff To File a Second Amended Complaint

-1-