SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

CHAMBERS COPY

DO NOT FILE

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>    Plaintiff,<br>V.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC; INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 10-01919 JCS<br><u>Civil Rights</u><br><br>**STIPULATION, DECLARATION, AND [~~PROPOSED~~] ORDER FOR ENLARGEMENT OF TIME TO CONDUCT GENERAL ORDER 56 "MEET AND CONFER"**<br><br>**(Local Rule 6-2)** |

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct General
Order 56 "Meet And Confer"

## STIPULATION

Plaintiff, by and through his attorney, and Defendants, by and through their attorneys, stipulate to an extension of time from September 6, 2010 to December 6, 2010 for the parties to conduct the "meet and confer" required by by paragraph 4 of General Order 56.

The parties further stipulate that this Stipulation may be signed in counterparts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

It is so stipulated.

Date: 9/3/10

Sidney J. Cohen
Professional Corporation

/S/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff Richard Skaff

Date: 9/3/2010

Liebersbach, Mohun, Carney & Reed

/s/ Gerald F. Mohun
_____
Gerald F. Mohun
Attorneys for All Defendants

## DECLARATION OF SIDNEY J. COHEN

I, Sidney J. Cohen, declare:

1. I am counsel for Plaintiff in this action. I am an attorney in good standing and licensed to practice in the courts of California, in the United States District Courts for the Northern, Eastern, and Central Districts, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court. If called upon to testify, I would testify as follows:

2. Pursuant to the court's Scheduling Order in the case and General

Order 56, the parties held their joint site inspection on August 6, 2010 and thus were required by paragraph 4 of General 56 to hold their "meet and confer" by no later than August 20, 2010.

3. By Order dated entered on August 23, 2010, the Court extended the time to September 6, 2010 for the parties to hold their "meet and confer."

4. Since the parties' joint site inspection, and within the past week, counsel for the parties have learned of the very recent purchase of the property and hotel which is the subject of this action and the identity of the purchaser, VY Verasa Commercial Company, LLC, which now also is the operator of the hotel. I have also been advised by defendant's counsel that VY Verasa Commercial Company, LLC is responsible, as part of the purchase, to perform the injunctive relief work, if any there be, legally required in this action.

5. The parties have entered into a "STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT" to add VY Verasa Commercial Company, LLC as a defendant in the action.

6. Assuming that the Court signs the Order adding VY Verasa Commercial Company, LLC as a party defendant, its attendance at, and participation in, the General Order 56 "meet and confer" is essential in the process of moving the litigation to a resolution.

7. An extension of the "meet and confer" date from September 6, 2010 to December 6, 2010 should provide sufficient time for VY Verasa Commercial Company, LLC to Answer Plaintiff's Second Amended Complaint, review Plaintiff's Consultant's 131 page Report (with photos) and respond to each of Plaintiff's claim items at the "meet and confer" as required by paragraph 4 of General Order 56.

8. With the exception of extending the September 6, 2010 "meet and confer" date, granting the requested extension will not effect any other deadlines.

9. The extension of the "meet and confer" date from August 20, 2010 to September 6, 2010 is the only previous modification in the case by Stipulation or Court Order which has altered court ordered deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2010 at Oakland, California.

/s/ Sidney J. Cohen

Sidney J. Cohen

## ORDER

Having considered the parties Stipulation and the supporting Declaration, and for good cause shown, the court extends the date by which the parties must conduct the General order 56 "meet and confer" from September 6, 2010 to December 6, 2010.

**IT IS SO ORDERED.**

**Date:** 09/07/10

Joseph C. Spero
United States Magistrate Judge

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct General
Order 56 "Meet And Confer"

-3-