Sidney J. Cohen
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
427 GRAND AVENUE
OAKLAND, CALIFORNIA  94610

(510) 893-6682
FAX (510) 893-9450

June 28, 2011

Honorable Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

      Re: Paulick v. Starwood Hotels & Resorts Worldwide, et. al.
         Case No. C 10-1919 JCS
         **Request to Appear by Telephone at Case Management Conference**

Dear Judge Spero:

      By Clerk's Notice dated June 15, 2011 (Docket Item No. 41), the Court rescheduled the Case Management Conference in the above case from July 8, 2011 to July 22, 2011.

      I will be out of state and unavailable to appear in Court from July 14, 2011-July 24, 2011 as a result of a long scheduled family vacation to celebrate a very big birthday. Consequently, I ask that the Court permit me to appear at the Case Management Conference by telephone. In this regard, I have been advised by counsel for defendants that they have no objection to my appearing by telephone.

      If the Court approves this request, I will be awaiting the Court's call on July 22 beginning at 1:30 p.m. at the following phone number: **(541) 298-2091**.

      If the Court does not approve this request, I will, as set forth in the Clerk's Notice, endeavor to obtain a Stipulation and Proposed Order to continue the Case Management Conference to a date on which all counsel can attend.

      Thank you.

Dated:  June 28, 2011



Very truly yours,

SIDNEY J. COHEN
PROFESSIONAL CORPORATION
/s/ Sidney J. Cohen
Sidney Cohen
Attorney for Plaintiff
Michael Paulick

(If you did not receive all pages please call.)