# LIEBERSBACH, MOHUN, CARNEY & REED
A PROFESSIONAL CORPORATION

RICHARD W. LIEBERSBACH
GERALD F. MOHUN, JR.  †
R. MARK CARNEY
JAMES S. REED
ANNE C. WINSTON

† Admitted in California and Nevada

POST OFFICE BOX 3337
587 OLD MAMMOTH ROAD, 2ND FLOOR
MAMMOTH LAKES, CA  93546-3337

MAMMOTH LAKES:  Tel  (760) 934-4558
Fax  (760) 934-2530
SANTA BARBARA:  Tel  (805) 845-7860
Fax  (805) 845-7861

www.mammothlaw.com

June 30, 2011

Honorable Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  *Michael Paulick v. Intrawest Napa Development Company, LLC; Intrawest Napa Riverbend Hospitality Management, LLC and DOES 1-25, inclusive*
Case No.:  3:10-CV-01919-JCS
**Request to Appear by Telephone at Case Management Conference**

Dear Honorable Joseph C. Spero:

By Clerk's Notice dated June 15, 2011 (Docket Item No. 41), the Court rescheduled the Case Management Conference in the above case from July 8, 2011, to July 22, 2011.

My office is over 250 miles and over five hours away from the Court, or 500 miles and ten hours for a round trip.  There is no commercial air service between Mammoth Lakes and San Francisco at this time of year.  I would like to save my clients the expense required in personally appearing.  Consequently, I ask that the Court permit me to appear at the Case Management Conference by telephone.  In this regard, the other attorneys have not objected to my appearing by telephone.

If the Court approves this request, I will be awaiting the Court's call on July 22, 2011, beginning at 1:30 p.m. at the following phone number:  **760-934-4558.**

If the Court does not approve this request, I will personally appear at the Case Management Conference.

Dated: July 1, 2011

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Very truly yours,

LIEBERSBACH, MOHUN, CARNEY & REED

GERALD F. MOHUN, JR.

cc:  Client