**COLLETTE ERICKSON**
**FARMER & O'NEILL** LLP

ATTORNEYS AT LAW

235 PINE STREET, SUITE 1300

SAN FRANCISCO, CALIFORNIA 94104-2733

TELEPHONE (415) 788-4646 • FAX (415) 788-6929 • WWW.COLLETTE.COM

July 13, 2011

Honorable Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    *Paulick v. Starwood Hotels & Resorts, et al.*
            **Case No. C 10-01919 JCS**

Dear Your Honor:

By Clerk's Notice dated June 15, 2011 (Docket Item No. 41), the Court rescheduled the Case Management Conference in the above-entitled case from July 8, 2011 to July 22, 2011.

Plaintiff's counsel and counsel for Defendant InterWest are both participating in the conference via telephone. Defendant Verasa has a settlement in principal with the Plaintiff and respectfully requests that it be also allowed to appear at the Conference via telephone.

If the Court approves this request, I will be awaiting the Court's call on July 22, 2011 beginning at 1:30 p.m. at the following number: **(415) 788-4646.**

If the Court does not approve this request, I will personally appear at the Case Management Conference.

Dated: 7/19/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Very truly yours,

Rod Divelbiss

VYNC 9.1