# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC; INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT LLC; VY VERASA COMMERCIAL COMPANY, LLC,<br><br>　　　　Defendants. | CASE NO. C10-01919 JCS ADR<br><br>[~~PROPOSED~~] **ORDER GRANTING SUBSTITUTION OF ATTORNEYS**<br><br>Assigned to: Judge Joseph C. Spero |

Defendants INTRAWEST NAPA DEVELOPMENT COMPANY, LLC and INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC substitute in the following attorneys as their new counsel of record in this matter:

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL J. CHILLEEN (SBN 210704)
3161 MICHELSON DRIVE, SUITE 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com;
Email: chilleenm@gtlaw.com

GREENBERG TRAURIG, LLP
MARC B. KOENIGSBERG (SBN 204265)
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: 916-442-1111
Facsimile: 916-448-1709
E-mail: koenigsbergm@gtlaw.com

The following attorneys will no longer be representing Defendants INTRAWEST NAPA DEVELOPMENT COMPANY, LLC and INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC in this matter:

GERALD F. MOHUN, JR. (SBN 111282)
LIEBERSBACH, MOHUN, CARNEY & REED
A Professional Corporation
Post Office box 3337
Mammoth Lakes, CA 93546-3337
Telephone: (760) 934-4558
Facsimile: (760) 934-2530
E-mail: mohun@mammothlaw.com

Dated: __08/10/11_____

_____
Honorable Joseph C. Spero
United States District Court

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

2
ORDER GRANTING SUBSTITUTION OF ATTORNEYS                    C10-01919 JCS ADR
OC 286,787,178v1 8-10-11

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served the **[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS** with the Clerk of the United States District Court for the Northern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Sidney Cohen<br>Sidney Cohen Professional Corporation<br>427 Grand Avenue<br>Oakland, CA 94610<br>Email: sjc5143@aol.com | *Attorneys for Plaintiff Michael Paulick* |
| Rod Divelbiss<br>Collette Erickson Farmer & O'Neill, LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>Tel: (415) 788-6929<br>Fax: (415) 788-6929<br>Email: rdivelbiss@collette.com | *Attorneys for Defendan VY Verasa Commercial Company, LLC* |
| Gerald Fitzgibbon Mohun<br>Liebersbach Mohun, Carney & Reed<br>PO Box 3337<br>Mammoth Lakes, CA 93564<br>Email: mohun@mammothlaw.com | |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

    In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

    Executed on August 10, 2011 at Irvine, California.

                                                    /s/ Gregory F. Hurley
                                                         Gregory F. Hurley