SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>　　　　Plaintiff,<br>V.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; INTRAWEST NAPA DEVELOPMENT COMPANY, LLC; INTRAWEST NAPA RIVERBEND HOSPITALITY MANAGEMENT, LLC; VY VERASA COMMERCIAL COMPANY, LLC and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO.　C 10-01919 JCS<br><u>Civil Rights</u><br><br>**STIPULATION, DECLARATION, AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO CONDUCT CASE MANAGEMENT CONFERENCE**<br><br>**(Local Rule 6-2)** |

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct Case
Management Conference

# STIPULATION

Plaintiff , by and through his attorney, and Defendants, by and through their attorneys, stipulate to an extension of time from October 21, 2011 to November 4, 2011 for the parties' second Case Management Conference.

_____The parties further stipulate that this Stipulation may be signed in counterparts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

It is so stipulated.

Date: 9/6/11　　　　　　　　　　　SIDNEY J. COHEN
　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　/s/ Sidney J. Cohen
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Sidney J. Cohen
　　　　　　　　　　　　　　　　　Attorney for Plaintiff  Richard Skaff

Date:　　　　　　　　　　　　　　GREENBERG TAURIG

　　　　　　　　　　　　　　　　　/s/ Gregory F. Hurley
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gregory F. Hurley or Michael J. Chilleen
　　　　　　　　　　　　　　　　　Attorneys for  Defendants Intrawest Napa
　　　　　　　　　　　　　　　　　Development Company, LLC and
　　　　　　　　　　　　　　　　　Intrawest  Napa Riverbend Hospitality
　　　　　　　　　　　　　　　　　Management, LLC

Date:　　　　　　　　　　　　　　COLLETTE, ERICKSON, FARMER &
　　　　　　　　　　　　　　　　　O'NEILL, LLP

　　　　　　　　　　　　　　　　　/s/ Rod Divelbiss
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Rod Divelbiss
　　　　　　　　　　　　　　　　　Attorney for Defendant  VY Verasa
　　　　　　　　　　　　　　　　　Commercial Company, LLC

# DECLARATION OF SIDNEY J. COHEN

I, Sidney J. Cohen, declare:

1. I am counsel for Plaintiff  in this action. I am an attorney in good standing and licensed to practice in the courts of California, in the United States

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct Case
Management Conference

-1-

District Courts for the Northern, Eastern, and Central Districts, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court. If called upon to testify, I would testify as follows:

    2.    Pursuant to court Order, the parties in this case are scheduled for a second Case Management Conference on October 21, 2011

    3.    I will be out of the San Francisco Area on October 21, 2011 and will be unable to appear at the presently scheduled Case Management Conference in person or by telephone. In addition, because of the August 11, 2011 substitution into the case of Greenberg Traurig in place of Lieberbach, Mohun, Carney & Reed for defendants Intrawest Napa Development Company, LLC and Intrawest Napa Riverbend Hospitality Management, LLC (Docket item 55), the honorable Elizabeth Laporte rescheduled the August 19, 2011 Settlement Conference in the case to November 2, 2011 (Docket item 58), which is a date subsequent to the presently scheduled October 21, 2011 Case Management Conference. In this regard, holding the Case Management Conference on November 4, which is after the November 2 Settlement Conference, likely will be more informative and productive for the parties and the court.

    4.    An extension of the Case Management Conference date from October 21, 2011 to November 4, 2011will not effect any other deadlines in the case.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 6th day of September, 2011 at Oakland, California.

                              /s/ Sidney J. Cohen
                              Sidney J. Cohen

//
//

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct Case
Management Conference

**ORDER**

Having considered the parties' Stipulation and the supporting Declaration, and for good cause shown, the court reschedules the Case Management Conference in the case from October 21, 2011 to November 4, 2011, with an updated Case Management Statement due no later than 10/28/2011.

**IT IS SO ORDERED.**

Date: 9/8/2011



Joseph _____
United _____ Judge

Stipulation, Declaration and [Proposed ]Order
For Enlargement Of Time To Conduct Case
Management Conference