1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

15  MICHAEL PAULICK,                                    CASE NO. C10-01919 JCS ADR

16          Plaintiff,

17  vs.                                                 [**PROPOSED**] ORDER GRANTING
                                                        SUBSTITUTION OF ATTORNEYS
18  STARWOOD HOTELS & RESORTS
    WORLDWIDE, INC.; INTRAWEST NAPA
19  DEVELOPMENT COMPANY, LLC;                           Assigned to: Judge Joseph C. Spero
    INTRAWEST NAPA RIVERBEND
20  HOSPITALITY MANAGEMENT LLC; VY
    VERASA COMMERCIAL COMPANY, LLC,
21
            Defendants.
22
23
24
25
26
27
28

1  Defendant VY VERASA COMMERCIAL COMPANY, LLC substitute in the following
2  attorneys as their new counsel of record in this matter:

3  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
4  MICHAEL J. CHILLEEN (SBN 210704)
   3161 MICHELSON DRIVE, SUITE 1000
5  Irvine, California 92612
   Telephone: (949) 732-6500
6  Facsimile: (949) 732-6501
   Email: hurleyg@gtlaw.com;
7  Email: chilleenm@gtlaw.com

   GREENBERG TRAURIG, LLP
   MARC B. KOENIGSBERG (SBN 204265)
   1201 K Street, Suite 1100
   Sacramento, CA 95814
   Telephone: 916-442-1111
   Facsimile: 916-448-1709
   E-mail: koenigsbergm@gtlaw.com

8  The following attorneys will no longer be representing Defendant VY VERASA
9  COMMERCIAL COMPANY, LLC in this matter:

10 Rod Divelbiss, Esq.
11 Collette Erickson Farmer & O'Neill, LLP
   235 Pine Street, Suite 1300
12 San Francisco, CA 94104
   e-mail: rdivelbiss@collette.com
13 Tel: (415) 788-6929
   Fax: (415) 788-6920
14

15

16 Dated: ___11/9/11_____

   [SEAL: United States District Court, Northern District of California — Judge Joseph C. Spero]

17 Honorable Joseph C. Spero
   United States District Court

2

ORDER GRANTING SUBSTITUTION OF ATTORNEYS                            C10-01919 JCS ADR
OC 286,787,178v1 8-10-11

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served the **[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS** with the Clerk of the United States District Court for the Northern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Sidney Cohen<br>Sidney Cohen Professional Corporation<br>427 Grand Avenue<br>Oakland, CA 94610<br>Tel: (510) 893-6682<br>Fax: (510) 893-9450<br>Email: sjc5143@aol.com | *Attorneys for Plaintiff Michael Paulick* |
| Rod Divelbiss<br>Collette Erickson Farmer & O'Neill, LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>Tel: (415) 788-6929<br>Fax: (415) 788-6929<br>Email: rdivelbiss@collette.com | *Attorneys for Defendant VY Verasa Commercial Company, LLC* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on November 8, 2011 at Irvine, California.

/s/ Gregory F. Hurley
Gregory F. Hurley