1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   MICHAEL PAULICK

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PAULICK                    CASE NO.   C 10-01919 JCS
                                   <u>Civil Rights</u>
        Plaintiff,
V.

STARWOOD HOTELS &                  **STIPULATION, DECLARATION,**
RESORTS WORLDWIDE, INC.;           **AND [PROPOSED] ORDER FOR**
INTRAWEST NAPA                     **CHANGE OF DATE FOR HEARING**
DEVELOPMENT COMPANY,               **ON MOTION TO DISMISS AND**
LLC;INTRAWEST NAPA                 **FOR FURTHER CASE**
RIVERBEND HOSPITALITY              **MANAGEMENT CONFERENCE**
MANAGEMENT, LLC;
VY VERASA COMMERCIAL               **(Local Rule 6-2)**
COMPANY, LLC and DOES 1-25,
Inclusive,

        Defendants.
                              /

Stipulation, Declaration and [Proposed ]Order
Change of Date for Hearings on Motion

# STIPULATION

Plaintiff , by and through his attorney, and Defendants, by and through their attorney, stipulate to a change of date from June 22, 2012 at 9:30 a.m. to June 15, 2012 at 9:30 a.m. for the hearing on Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction and for the further case management conference.

The parties further stipulate that this Stipulation may be signed in counterparts and that facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

It is so stipulated.

Date: 4/10/12

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff Michael Paulick

Date: 4/10/12

GREENBERG TRAURIG

/s/ Gregory F. Hurley
_____
Gregory F. Hurley
Attorneys for Defendants Intrawest Napa Development Company, LLC, Intrawest Napa Riverbend Hospitality Management, LLC, And VY Verasa Commercial Company, LLC

# DECLARATION OF SIDNEY J. COHEN

I, Sidney J. Cohen, declare:

1. I am counsel for Plaintiff in this action. I am an attorney in good standing and licensed to practice in the courts of California, in the United States District Courts for the Northern, Eastern, and Central Districts, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme

1. Court. If called upon to testify, I would testify as follows:

2. Pursuant to court Order, on April 3, 2012 the court changed the date for the hearing on Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction and for the further case management conference from April 27, 2012 to June 22, 2012 (Docket # 75).

3. I will be out of the state on June 22, 2012 and will be unable to appear at the hearing and further case management conference unless I have to cancel my long standing plans.

4. A change of the date from June 22, 2012 to June 15, 2012 will not effect any other deadlines in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2012 at Oakland, California.

/s/ Sidney J. Cohen

Sidney J. Cohen

## ORDER

Having considered the parties' Stipulation and the supporting Declaration, and for good cause shown, the court reschedules the Hearing on Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction and the further case management conference from June 22, 2012 at 9:30 a.m. to June 15, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Date: 4/17/12

_____
Joseph C. Spero
United States Magistrate Judge

Stipulation, Declaration and [Proposed ]Order
Change of Date for Hearings on Motion

-2-