UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PAULICK,                  No. C-10-01919 JCS

    Plaintiff,

    v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., ET AL.,

    Defendants.

_____/

On June 4, 2012, Plaintiff filed a Supplemental Report by his expert, Mr. Peter Margen, dated June 3, 2012, based on a site inspection that occurred after the parties' summary judgment briefs were filed ("the June 3 Report"). The Court requests that the parties file a joint statement identifying any items listed in Docket No. 89 (listing the remaining items as to which Plaintiff seeks injunctive relief) that are no longer in dispute in light of the June 3, 2012 Report. The parties' joint statement shall be filed no later than 5 p.m. on June 8, 2012.

IT IS SO ORDERED.

June 7, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge